

**FOLSON DIGITAL FORENSICS**
*Expert Digital Forensics and Data Recovery*

4 Professional Drive, Suite 143
Gaithersburg, MD 20879
301-947-7475

# Invoice

**Bill To:**

Mark Carroll Esq.
9520 Reach Road
Potomac, MD 20854

| Date | Invoice No. | P.O. Number | Terms | Case |
|---|---|---|---|---|
| 06/04/10 | 21 | | Due on receipt | FDF-2010-005 |

| Serviced | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 04/29/10 | Cell Phone | Forensic imaging of (1) Blackberry cell phone and (1) MicroSD memory card. FBI-CART facility Manassas, VA | 1.6 | 150.00 | 240.00 |
| 04/29/10 | Mileage/Parking | Mileage to and from FBI Facility | 35 | 0.50 | 17.50 |
| 05/05/10 | Cell Phone | Forensic analysis of MicroSD card 1GB | 1 | 150.00 | 150.00 |
| 05/06/10 | Cell Phone | Forensic analysis of Blackberry cell phone. | 1 | 150.00 | 150.00 |
| 06/03/10 | Cell Phone | Cell phone records timeline analysis. | 1.75 | 150.00 | 262.50 |

| | |
|---|---|
| Total | $820.00 |
| Payments/Credit | $0.00 |
| **Balance Due** | **$820.00** |